IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                    : CRIMINAL NO: CR-1-01-084
                            : JUDGE DLOTT

**STACEY C. SMITH,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

           Respectfully submitted,

           GREGORY G. LOCKHART
           United States Attorney


           s/Deborah F. Sanders
           DEBORAH F. SANDERS (0043575)
           Assistant United States Attorney
           Southern District of Ohio
           303 Marconi Boulevard, Suite 200
           Columbus, Ohio 43215-2401
           (614) 469-5715

## CERTIFICATE OF SERVICE

     A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Stacey C. Smith (BOP# 03493-061), FCI Terre Haute, Terre Haute, IN 47808 by first class mail, postage prepaid, this 30th day of January, 2008.

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney