UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-01-084 |
| v. | : | **NOTICE OF APPEARANCE** |
| STACEY C. SMITH | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

          Respectfully submitted,

          GREGORY G. LOCKHART
          United States Attorney

          s/William E. Hunt
          WILLIAM E. HUNT (0024951)
          First Assistant U.S. Attorney
          221 East Fourth Street
          Suite 400
          Cincinnati, Ohio  45202
          (513) 684-3711
          Fax:  (513) 684-6710
          William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF System this 26th day of February, 2008, which provides electronic notice to all parties.

          s/William E. Hunt
          WILLIAM E. HUNT (0024951)
          First Assistant U.S. Attorney