AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of  OHIO

| United States of America | ) |
|---|---|
| v. | ) |
| STACEY SMITH | ) Case No: 1:01cr84 |
| | ) USM No: 03493-061 |
| Date of Previous Judgment: August 13, 2002 | ) Steven Nolder, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  110 Months  months is reduced to  91 Months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  31           Amended Offense Level:  29
Criminal History Category:  V         Criminal History Category:  V
Previous Guideline Range:  168 to 210 months   Amended Guideline Range:  140 to 175 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated  08/13/2002  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 9, 2008

            *Susan J. Dlott* (signature)
            Judge's signature

Effective Date:  April 9, 2008         Susan J. Dlott, United States District Judge
(if different from order date)          Printed name and title